IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OLEN,<br><br>  Plaintiff,<br><br>v.<br><br>BEAZER HOMES HOLDING CORP., BEAZER HOMES NORTHERN CALIFORNIA, JOANIE WYNNE and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:05-CV-00176 FCD PAN<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned be and hereby is dismissed with prejudice pursuant to FRCP41(a)(1).

///

///

///

///

///

///

///

///

SF/373874.1

BEYER, PONGRATZ AND ROSEN

Date: July 15, 2005              By:        /s/ Etan E. Rosen
                                 Attorney for Plaintiff



PAUL HASTINGS JANOFSKY & WALKER

Date: July 18, 2005              By:        /s/ John C. Post
                                 Attorney for Defendants


**IT IS SO ORDERED.**

Date:  July 29, 2005             By:   /s/ Frank C. Damrell Jr.
                                       JUDGE'S SIGNATURE

SF/373874.1